```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

GLADYS RIVERA-MARTINEZ, et al.,       *
                                      *
     Plaintiffs                       *
                                      *
          v.                          *    CIVIL NO. 06-1312 (JP)
                                      *
MUNICIPALITY OF TOA ALTA, et al.,     *
                                      *
     Defendants                       *
                                      *

**FINAL JUDGMENT**

The Court **ENTERS JUDGMENT** for Plaintiffs Gladys Rivera-Martínez ("Rivera") and Aurea I. Seín-Alvarez ("Seín"), **AFFIRMING** the jury verdict in this case. The jury returned a verdict in favor of Plaintiffs Rivera and Seín and against Defendants the Municipality of Toa Alta, Mayor Luis Collazo-Rivera ("Collazo"), and Human Resources Director Annie González-Díaz ("González"). Pursuant to the jury verdict, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ENTERS JUDGMENT** as follows:

1. For **Plaintiff Rivera**, to have and recover;

    a. Compensatory Damages (Question I.2. of the Verdict Form): from Defendant Municipality of Toa Alta, Defendant Collazo in his official capacity and Defendant González in her official capacity, jointly and severally, in the amount of **Forty Thousand Dollars ($40,000.00)**;

CIVIL NO. 06-1312 (JP)          -2-

> b. <u>Punitive damages</u> (Question I.3.b. of the Verdict Form)): from Defendant Collazo in his individual capacity in the amount of **Two Thousand Dollars ($2,000.00);**
>
> c. <u>Punitive damages</u> (Question I.3.c. of the Verdict Form): from Defendant González in her individual capacity in the amount of **Five Hundred Dollars ($500.00).**

2. For **Plaintiff Seín**, to have and recover;

> a. <u>Compensatory Damages</u> (Question II.2. of the Verdict Form): from Defendant Municipality of Toa Alta, Defendant Collazo in his official capacity and Defendant González in her official capacity, jointly and severally, in the amount of **Twenty Thousand Dollars ($20,000.00);**
>
> b. <u>Punitive damages</u> (Question II.3.b. of the Verdict Form): from Defendant Collazo in his individual capacity in the amount of **Two Thousand Dollars ($2,000.00);**
>
> c. <u>Punitive damages</u> (Question II.3.c. of the Verdict Form): from Defendant González in her individual capacity in the amount of **Five Hundred Dollars ($500.00).**

CIVIL NO. 06-1312 (JP)            -3-

This Judgment is hereby entered as stated with **post-judgment interest at the prevailing rate of interest** calculated as of the date of this Judgment.

For the reasons stated in the Court's Opinion and Order entered this same date, the Court enters Judgment in the form of equitable relief as follows:

1. The Court orders Defendants to reinstate all of Plaintiff Rivera's duties as Assistant Director I at the Center for the Elderly in the Municipality of Toa Alta; and

2. The Court permanently enjoins Defendants from engaging in any further discriminatory conduct on account of Plaintiff Rivera's political affiliation with the Popular Democratic Party.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of March, 2007.

                                              s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE